IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN RE: RESTRAINT OF ALL ASSETS )
HELD IN ACCOUNT NO. 642-068250-568 AT )
MORGAN STANLEY IN THE NAME OF )
CRISTIÁN LIZAMA CHACÓN )
_____ )

Misc. No.: 07-414

## RESTRAINING ORDER

WHEREAS, this matter having come before this Court on the *ex parte* application of the United States of America for a restraining order pursuant to 28 U.S.C. § 2467(d)(3)(B)(ii), which provides this Court with jurisdiction to enter restraining orders and take such other action as may be necessary to preserve any property subject to forfeiture in a foreign proceeding to ensure its availability for forfeiture;

WHEREAS, pursuant to 28 U.S.C. § 2467(c) and (d), venue is proper in this Court for the registration and enforcement of foreign restraining orders affecting property that is the subject of foreign forfeiture proceedings; and

IT APPEARING TO THE COURT THAT:

1. The Assistant Attorney General of the Criminal Division of the United States Department of Justice, being duly authorized, has certified that it is in the interest of justice to enforce the order issued on July 26, 2007, by the Eighth Guarantee Court of Santiago, Chile, directing the restraint of all funds maintained in account No. 642-068250-568 under the name of Cristián Lizama Chacón at Morgan Stanley;

2. The application of the United States establishes that criminal proceedings are pending in Chile that will likely result in the entry of a forfeiture or confiscation judgment



finding the assets held at Morgan Stanley to be the proceeds of fraud, securities fraud, or other criminal violations;

3. The Governments of the United States and the Republic of Chile are parties to the Inter-American Convention on Mutual Assistance in Criminal Matters, which, *inter alia*, establishes a treaty obligation for parties to assist one another in forfeiture matters;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 28 U.S.C. § 2467(d)(3)(B)(ii) THAT:

1. The restraining order issued by the Eighth Guarantee Court of Santiago, Chile dated July 26, 2007, and attached hereto with an English translation, shall hereby be given effect.

2. Effective immediately, all monies, assets, and other things of value held in Account No. 642-068250-568 at Morgan Stanley in the name of Cristián Lizama Chacón, (hereinafter the "Property") are hereby RESTRAINED.

3. All persons, including Cristián Lizama Chacón, his agents, servants, employees, attorneys, family members, and those persons in active concert or participation with him, and anyone in possession of or holding any interest in the Property, be and are hereby ENJOINED AND RESTRAINED from withdrawing, transferring, selling, assigning, pledging, distributing, giving away, encumbering, wasting, secreting or otherwise participating in the disposal, removal or alienation by any means of any interest, direct or indirect, in the Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order and except that, in accordance with 28 U.S.C. § 2467(d)(3)(C), no person may object to this Order on the grounds that it is the subject of parallel litigation involving the same Property pending in a foreign court.

4. The financial institution holding the Property shall continue to receive and credit monies, deposits, interest, dividends, or other things of value to the account identified above, which additional assets shall be subject to this Order and restrained pursuant to its terms. Upon receiving notice of this Order, the affected financial institution shall disclose to the United States the exact amount on deposit and the approximate market value of any assets not held in currency at the time the assets are frozen pursuant to this Order, shall hereafter provide to the United States a monthly statement of account, and shall promptly respond to requests by the United States for information concerning the account at any time thereafter for as long as this Order remains in place.

5. The United States, may serve a copy of the this Order on the affected financial institution by facsimile, and, pursuant to Rule 4(f) of the Federal Rules of Civil Procedure or other applicable law, shall seek to provide a copy of the Court's Order to identifiable persons holding a legal interest in the Property, including: Cristián Lizama Chacón.

6. The terms of this Restraining Order shall remain in full force and effect until further order of this Court.

Dated this 16th day of October, 2007.

_Ellen S Huvelle_
UNITED STATES DISTRICT JUDGE
United States District Court for the
District of Columbia





NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8° JUZGADO DE GARANTIA
DE SANTIAGO

OFICIO:     AC 3514-2007
REF.        : No hay
MAT.        : AUTORIZA INCAUTACION

Santiago, 26 de julio de 2007

A:    BANCO MORGAN STANLEY

DE:   EMA MARGARITA TAPIA TORRES
      JUEZ TITULAR
      OCTAVO JUZGADO DE GARANTÍA DE SANTIAGO

Que en causa RUC N° 0700558905-8, RIT 4499-2007, correspondiente a la Fiscalía Local de Ñuñoa, conforme a lo solicitado por el Ministerio Público, por resolución de esta fecha, se ha dispuesto lo siguiente:

Que se autoriza la incautación de US$ 1.100.000 o de los dineros que se mantengan en la cuenta corriente N° 642-068250-568, perteneciente a Cristian Lizama Chacón, cédula de identidad N° 13.275.444-6, quedando en vuestra custodia.

Sin otro particular,

EMA MARGARITA TAPIA TORRES
JUEZ TITULAR
OCTAVO JUZGADO DE GARANTÍA DE SANTIAGO

[illegible]
8th CRIMINAL COURT
OF SANTIAGO

**FILED**
**OCT 1 5 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILE:    AC 3514-2007
REF.     :NONE
SUB.     :SEIZURE AUTHORIZATION

Santiago, July 26, 2007

TO:    MORGAN STANLEY BANK

FROM:  EMA MARGARITA TAPI TORRES
       TITULAR JUDGE
       EIGHTH CRIMINAL COURT OF SANTIAGO

In accordance with the request of the Public Ministry, by the decision handed down today, the case registered under RUC No. 0700558905-8 and RIT 4499-2007 at the Local Prosecutor's Office of Ñuñoahas resulted in the following:

The authorization to seize $1,100,000 from account No. 642-068250-568 or any funds kept therein, held by Cristian Lizama Chacón, ID card No. 13 275 444-6, at your institution.

Without further ado,

[illegible signature]
EMA MARGARITA TAPIA TORRES
TITULAR JUDGE
EIGHTH CRIMINAL COURT OF SANTIAGO